IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE ABNEY, | : | |
|     Plaintiff | : | No. 1:13-cv-01418 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| CALEB YOUNKER, et al., | : | (Magistrate Judge Schwab) |
|     Defendants | : | |

## ORDER

**AND NOW,** on this 4th day of February, 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Schwab's Report and Recommendation (Doc. No. 95) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 97) are **OVERRULED**;

3. Defendants' motion for summary judgment (Doc. No. 52) is **GRANTED IN PART** and **DENIED IN PART;**

4. Counts III and V of Plaintiff's Complaint (Doc. No. 1) are **DISMISSED WITH PREJUDICE**; and

5. The above-captioned action is referred back to Magistrate Judge Schwab for further proceedings.

                                                    s/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania