IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE ABNEY, : | |
|     Plaintiff : | |
| : | No. 1:13-cv-1418 |
| v. : | |
| : | (Judge Kane) |
| CALEB YOUNKER, et al., : | |
|     Defendants : | (Magistrate Judge Carlson) |

## ORDER

**AND NOW**, on this 12th day of January 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**, in light of Defendants' failure to demonstrate Plaintiff's non-exhaustion of administrative remedies, Counts 1, 2 and 4 of Plaintiff's complaint may proceed. **IT IS FURTHER ORDERED THAT** this case is recommitted to Magistrate Judge Carlson for further pretrial management.

                                                    s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania