# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| CLARENCE ABNEY, | : | Civil No. 1:13-CV-01418 |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Judge Jennifer P. Wilson |
| SERGEANT CALEB YOUNKER, *et al.*, | : | |
| Defendants. | : | Magistrate Judge Martin C. Carlson |

## ORDER

For the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Judge Carlson's report and recommendation (Doc. 251) is **ADOPTED IN ITS ENTIRETY** and Plaintiff's objections to the report and recommendation (Doc. 252) are **OVERRULED**.

2. Plaintiff's motion for summary judgment (Doc. 219) is **DENIED**.

3. Defendants' motion for summary judgment (Doc. 227) is **GRANTED IN PART AND DENIED IN PART**.

4. Defendants Booher, Huber, Wertz, and Maxwell are granted summary judgment as to Counts IV, VIII, and IX of Plaintiff's complaint. Summary judgment is denied in all other respects.

5. A status conference is scheduled for **February 27, 2020 at 11:00 a.m.** to discuss future proceedings in this case. The conference will be by

telephone.  Counsel for Plaintiff shall initiate the call by calling chambers at (717) 221-3970 after all parties are on the line.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania

Dated: January 30, 2020